Gary R. Selvin, State Bar No. 112030
James L. Wraith, State Bar No. 112234
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: gselvin@selvinwraith.com
jwraith@selvinwraith.com

Attorneys for Plaintiff
ROPAMA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROPAMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEST AMERICAN INSURANCE COMPANY, Does I-X, <br><br> Defendants. | CASE NO.: 3:18-cv-04569-RS <br><br> *Assigned to Hon. Richard Seegborg, Crtrm 3* <br><br> **STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) AND ORDER** <br><br> Complaint Filed: June 21, 2018 |

Plaintiff ROPAMA, INC. and Defendant WEST AMERICAN INSURANCE COMPANY, by and through their counsel of record, hereby stipulate that the case has settled. Therefore, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal with prejudice and respectfully request the Court enter an order dismissing the action with prejudice, each party to bear its own fees and costs.

Dated: March 28, 2019

/s/ Gary R. Selvin

Gary R. Selvin
James L. Wraith
SELVIN WRAITH HALMAN LLP
Attorneys for Plaintiff
ROPAMA, INC.

Dated: March 28, 2019

/s/ Nicholas Boos

Nicholas Boos
Norman Lau
MAYNARD, COOPER & GALE LLP
Attorneys for Defendant
WEST AMERICAN INSURANCE COMPANY

IT IS SO ORDERED.

Dated: 3/28/19

_____
Hon. Richard Seeborg

290821

2
STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) AND
(PROPOSED) ORDER                                                    CASE NO.: 3:18-cv-04569-RS